The order below is hereby signed.

Signed: June 18 2018



_S. Martin Teel, Jr._
S. Martin Teel, Jr.
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re | ) | |
| | ) | |
| ELDRENA JOHNSON, | ) | Case No. 18-00344 |
| | ) | (Chapter 13) |
| Debtor. | ) | |

## ORDER OF DISMISSAL

The debtor having failed to comply with this court's order to show cause why the case ought not be dismissed (Dkt. No. 8), it is hereby

ORDERED that the above-captioned chapter 13 case (Case No. 18-00344) is DISMISSED, and the case will be closed without a discharge having been entered. It is further

ORDERED that the court's *Order Dismissing Case with Prejudice for 180 Days* (Case No. 17-00641, Dkt. No. 25), entered in the debtor's previous chapter 7 case in this court remains in effect and the debtor's case remains dismissed with prejudice until the 180-day period set in that order ends.

[Signed and dated above.]

Copies to: Debtor (by hand mail); All entities on the BNC mailing list.

R:\common\TeelSM\MKM\Orders\Dismissal Orders\Dismissal of Bankruptcy Cases\Failure to comply with order to show cause\order_of_dismissal_Eldrena Johnson.wpd